No. 94–9601.  SPAIN v. CITY OF VIRGINIA BEACH, VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–9602.  STOKES v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 94–9603.  STEWART v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–9604.  ORTIZ-VILLEGAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–9605.  AGBONGIAGUE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–9606.  BROWN v. VARNER.  C. A. 5th Cir.  Certiorari denied.

No. 94–9607.  CONLEE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 94–9608.  REED v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–9609.  ROCHELL ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–9610.  SANTANA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–9611.  PIERCE v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 94–9612.  THOMAS v. CLARK ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–9613.  WASHINGTON v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–9615.  FREEMAN v. DUBOIS, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION.  C. A. 1st Cir.  Certiorari denied.